IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,           )
                                    )
        v.                          )   Criminal No. 06-111
                                    )
FRANK LODOVICO,                     )
        Defendant.                  )

ORDER

AND NOW, this 8ᵗʰ day of February, 2007, IT IS HEREBY

ORDERED that the judgment and commitment order, dated January 12,

2007, is amended as follows:

> "Upon release from imprisonment, the defendant shall be on
> supervised release for a term of two (2) years."

All other terms of the court's sentence shall remain in

full force and effect.

BY THE COURT:

_____, J.

cc:    Dennis P. Kissane,
       Assistant United States Attorney

       Samuel J. Reich, Esquire
       1000 Koppers Building
       Pittsburgh, PA 15219

       United States Marshal

       United States Probation

       United States Bureau of Prisons